IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| MELVIN SMITH, Jr., <br> ADC # 82282 <br><br> Plaintiff <br><br> v. <br><br> LORIE TAYLOR, *et al.*, <br><br> Defendants | Case No. 5:04CV00408 JLH/JFF |

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge John F. Forster, Jr. After careful review of those findings and recommendations, the timely objections received thereto, as well as a de novo review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, judgment will be entered dismissing this complaint, which shall constitute a "strike" under 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal taken from this order and the judgment entered under it would be frivolous and not taken in good faith.

IT IS SO ORDERED this 8th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE